**Order entered August 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00579-CV

### AIRPRO MOBILE AIR, LLC AND ARNOLD W. GARTMAN, Appellants

### V.

### PROSPERITY BANK, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05616**

## ORDER

Before the Court is appellants' August 2, 2019 unopposed second motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 12, 2019. We caution that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
         JUSTICE